

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10601*

January 25, 2024

**BY EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Court Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

    Re:    *United States v. Angad Beharry and Gisainet Cristina Chirinos Viloria (a/k/a "Gisainet Christina Hernandez"), 24 Mag. 315*

Dear Judge McCarthy:

    The Government writes respectfully to request that the Court unseal the Complaint in the above-captioned matter.

Sincerely,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kathryn Wheelock
Assistant United States Attorney
Southern District of New York
(914) 993-1966

APPLICATION GRANTED
*/s/ Judith C. McCarthy*
Hon. Judith C. McCarthy
1-25-2024

cc: Sylvie Levine, *Counsel for Defendant* (by email)